NO.  07-03-0339-CV
07-04-0041-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

FEBRUARY 23, 2006
_____

REGINALD S. Y. LEE, APPELLANT

V.

JUSTIN HERSEY, TRAVIS J. HERSEY AND
THE FRANK J. HERSEY FAMILY TRUST, APPELLEES
_____

FROM THE COUNTY COURT AT LAW NO. 1 OF MONTGOMERY COUNTY;

NO. 01-15,925-P; HONORABLE DENNIS WATSON, JUDGE
_____

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Appellant Reginald S.Y. Lee appeals two turnover orders issued by the trial court.[1]

The trial court's Final Judgment *Non Obstante Veredicto*, which forms the basis of the

turnover orders, is the subject of an appeal before this court in cause number 07-03-

[1] The June 17, 2003 turnover order is the subject of cause number 07-03-00339-CV, and the October 15, 2003 turnover order is the subject of cause number 07-04-00041-CV. We consider the appeal of these two turnover orders together in this opinion.

00219-CV.  In light of this court's February 23, 2006 opinion and judgment in that cause, we reverse the trial court's turnover orders and vacate them in their entirety.


James T. Campbell
Justice